Fill in this information to identify the case:

Debtor name **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern District of California**

Case number (if known): **26-24577-D-11** Chapter **11**

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*........ **$30,320,000.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........ **$456,926.37**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*........ **$30,776,926.37**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........ **$19,567,118.32**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ **$324,366.39**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ **+ $1,861,044.15**

4. **Total liabilities**........ **$21,752,528.86**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern** District of **California** (State)

Case number (If known): **26-24577-D-11**

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | **$120.39** |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Citizens National Bank of Texas** | **Checking account** | **1 2 2 2** | **$6,490.21** |
| 3.2. **Citizens National Bank of Texas** | **Checking account** | **1 2 3 0** | **$10,266.80** |
| 3.3. **Citizens National Bank of Texas** | **Checking account** | **1 6 0 2** | **$0.25** |
| 3.4. **Citizens National Bank of Texas** | **Checking account** | **1 6 1 0** | **$0.14** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$16,877.79** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 ______

7.2 ______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 **Prepaid Expenses** | **$5,648.76** |
| 8.2 **Beazley Excess and Surplus Insurance, Inc. (unused property insurance premiums)** | **$61,012.24** |

9. **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. **$66,661.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$71,544.15** | - | **$0.00** | =..... ➔ | **$71,544.15** |
| 11b. Over 90 days old: | **$28,255.67** | - | **$28,255.67** | =..... ➔ | **unknown** |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$71,544.15**

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 ______

14.2 ______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

15.1. ______

15.2. ______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ______

16.2 ______

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. ______

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | | | |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Branded Merchandise** | MM / DD / YYYY | **$2,209.62** | **Original Cost** | **$2,209.62** |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. **$2,209.62**

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value ______ Valuation method ______ Current value ______

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

47.3 ______

47.4 ______

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 ______

48.2 ______

49. **Aircraft and accessories**

49.1 ______

49.2 ______

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Office, Hotel, and Mall Furniture and Equipment (see attached list)** | **unknown** | **Owner Estimate** | **$131,875.00** |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87. **$131,875.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Boatworks Mall & Inn / 740-790 North Lake Tahoe Tahoe City, CA 96145** | **Fee Simple** | **$15,952,600.00** | **Appraisal** | **$30,320,000.00** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$30,320,000.00**

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
❑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

❑ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| **boatworkstahoe.com, boatworkslaketahoe.com, innatboatworks.com** | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer Lists, Mailing Lists, and Other Compilations (nominal value)** | **unknown** | | **unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| **Unregistered Trademarks, Trade Dress, and Other Intellectual Property (nominal value)** | **unknown** | | **unknown** |
| **Entitlements in Process, Environmental Impact Report (EIR) in Process, Drawings, Engineering Reports, Consultant Reports, and Other Development Rights and Documents (significant value)** | **unknown** | | **unknown** |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
❑ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
_____ Total face amount – doubtful or uncollectible amount = ➔ _____

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____ Tax year _____
_____ Tax year _____
_____ Tax year _____

73. **Interests in insurance policies or annuities**

| Description | Current value |
|---|---|
| **Real property insurance policy with Beazley Excess and Surplus Insurance, Inc.** | **unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claims against Citizens National Bank of Texas for intentional interference with contract, intentional interference with prospective economic advantage, and other claims** — **unknown**

**Nature of claim** Contract & Tort
**Amount requested** unknown

**Potential claims against Vinton Hawkins for breach of fiduciary duty, breach of contract, negligence, indemnity, contribution, and other claims** — **unknown**

**Nature of claim** Contract & Tort
**Amount requested** unknown

**Potential claims against David Hagen for breach of fiduciary duty, breach of contract, negligence, indemnity, contribution, and other claims** — **unknown**

**Nature of claim** Contract & Tort
**Amount requested** unknown

**Potential claims against Wyatt Ogilvy for breach of fiduciary duty, breach of contract, negligence, indemnity, contribution, and other claims** — **unknown**

**Nature of claim** Contract & Tort

**Amount requested** unknown

**Potential claims and rights against Placer County, California, related to permits and entitlements for development of real property and other claims** — **unknown**

**Nature of claim** Administrative Mandate, Procedural Due Process, etc.

**Amount requested** unknown

**Potential claims against Najmat Aqaaq Project and Financial Service LLC, Najmat Aqaaq, Sir Davies Brown, and others for breach of contract, actual and constructive trust, conversion, and other claims (claim exceeds $3,000,000)** — **unknown**

**Nature of claim** Contract & Tort

**Amount requested** unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**3.0 Investments LLC** — **unknown**

**Nature of claim** Intercompany Debt

**Amount requested** $1,489,870.57

**MJD Development, LLC** — **unknown**

**Nature of claim** Intercompany Debt

**Amount requested** $1,720,006.92

**MJD Boatworks Investor LLC** — **unknown**

**Nature of claim** Intercompany Debts

**Amount requested** $1,120,239.14

**Lake71 LLC** — **unknown**

**Nature of claim** Intercompany Debt

**Amount requested** $3,260.44

**Alpenglow Project Management FZ LLC** — **unknown**

**Nature of claim** Intercompany Debt

**Amount requested** $600,000.00

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Proceeds of insurance claim payable by Beazley Excess and Surplus Insurance, Inc.** — **$167,758.81**

Debtor **Boatworks at Tahoe LLC**
Name

Case number *(if known)* **26-24577-D-11**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. **$167,758.81**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $16,877.79 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,661.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $71,544.15 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,209.62 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $131,875.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | $30,320,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $167,758.81 | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..........91a. | $456,926.37 | + 91b. $30,320,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. **$30,776,926.37**

## Equipment

| | | *Est. value* |
|---|---|---|
| **The Inn at Boatworks** | | |
| Office desktop Dell computer | $ | 100.00 |
| Office desktop monitor | $ | 50.00 |
| Office HP laptop | $ | 200.00 |
| Office Lion Safe | $ | 120.00 |
| Office desk chairs (2) | $ | 100.00 |
| Office phones (2) | $ | 20.00 |
| Office Aurora Paper shredder | $ | 60.00 |
| Office Brother printer | $ | 200.00 |
| Office lockboxes | $ | 240.00 |
| Inn at Boatworks Merchandise (hats, wine tumblers, beanies, towels) | $ | 395.00 |
| Camera system and montior | $ | 400.00 |
| Orbi Wifi extenders | $ | 250.00 |
| Lobby couches (2) | $ | 200.00 |
| Lobby coffee table | $ | 50.00 |
| True under counter refrigerator (2) | $ | 1,000.00 |
| Elkay Water fountain | $ | 600.00 |
| Body glove Paddleboard | $ | 200.00 |
| Body glove inflatable paddleboard set (3) | $ | 450.00 |
| Alptrek snowshoes (4) | $ | 400.00 |
| Inflatable rafts (3) | $ | 90.00 |
| Life jacket (4) | $ | 40.00 |
| Bicycles (4) | $ | 600.00 |
| Lobby Open neon sign | $ | 30.00 |
| Back Lobby couch | $ | 50.00 |
| Back Lobby love seats (2) | $ | 60.00 |
| Back Lobby table sets (3) | $ | 300.00 |
| Back Lobby night stand | $ | 25.00 |
| Back lobby hallway table | $ | 100.00 |
| Back lobby mirror | $ | 20.00 |
| Lobby kitchen tables and chairs | $ | 100.00 |
| Lobby kitchen Amana stove | $ | 200.00 |
| Lobby kitchen Galaxy refrigerator | $ | 125.00 |
| Lobby kitchen Oster toaster oven | $ | 50.00 |
| Lobby kitchen toaster | $ | 5.00 |
| Lobby kitchen dishwasher | $ | 50.00 |
| Lobby kitchen Oster blender | $ | 20.00 |
| Lobby kitchen coffee dispensers (2) | $ | 60.00 |
| Lobby kitchen kitchenware | $ | 120.00 |
| Televisions (37) | $ | 5,550.00 |

| | | |
|---|---|---|
| King Bed Mattress (19) | $ | 3,800.00 |
| King Bed Frame (19) | $ | 1,425.00 |
| King Bed box spring (19) | $ | 1,425.00 |
| King Bed headboards (2) | $ | 300.00 |
| Queen Bed Mattress (33) | $ | 4,950.00 |
| Queen Bed Frame (33) | $ | 1,980.00 |
| Queen Bed box spring (33) | $ | 1,650.00 |
| Queen Bed headboards (8) | $ | 1,120.00 |
| Twin bunk bed set (2) | $ | 600.00 |
| Full bunk bed set | $ | 400.00 |
| Mini Fridges (34) | $ | 5,780.00 |
| Room 35 Fridge | $ | 500.00 |
| Coffee Maker (40) | $ | 800.00 |
| Microwave (37) | $ | 1,480.00 |
| Irons and boards (15) | $ | 900.00 |
| Clothing steamer (20) | $ | 500.00 |
| Hair dryers (35) | $ | 700.00 |
| Chairs (36) | $ | 3,600.00 |
| Dresser (36) | $ | 7,200.00 |
| Desks (38) | $ | 3,600.00 |
| Nightstand (54) | $ | 4,050.00 |
| Lamps (40) | $ | 1,200.00 |
| Room 32 glass coffee table | $ | 100.00 |
| Sofa Sleeper (4) | $ | 1,400.00 |
| End of bed bench (4) | $ | 400.00 |
| Vanity station with mirror (2) | $ | 170.00 |
| Clothes hanger (175) | $ | 250.00 |
| Cofee mugs (70) | $ | 350.00 |
| Bedside alarm clock (20) | $ | 300.00 |
| Pillows (149) | $ | 1,490.00 |
| Pillow covers (40) | $ | 200.00 |
| Blankets (20) | $ | 100.00 |
| Mattress Covers (75) | $ | 1,125.00 |
| Comforters (68) | $ | 2,040.00 |
| Commercial gas dryer | $ | 350.00 |
| Stackable washer and dryer | $ | 400.00 |
| Washers (2) | $ | 800.00 |
| 10x10 Canopy | $ | 100.00 |
| Folding picnic table | $ | 60.00 |
| Folding chairs (6) | $ | 150.00 |
| Utility Cart | $ | 45.00 |

| | | |
|---|---|---|
| Bike racks (4) | $ | 200.00 |
| 36" prehung flush door | $ | 250.00 |
| 36" prehung 6 panel door | $ | 250.00 |
| Ariens 28" Gas Snow Blower | $ | 1,700.00 |
| Gas grill | $ | 60.00 |
| Propane tanks (3) | $ | 150.00 |
| Snow shovels (4) | $ | 100.00 |
| Rakes (2) | $ | 40.00 |
| Brooms (3) | $ | 45.00 |
| 10" Miter Saw | $ | 170.00 |
| Ice Machine | $ | 6,000.00 |
| Wheel Barrow | $ | 70.00 |
| 10ft Aluminum ladder | $ | 250.00 |
| 3ft Aluminum ladder | $ | 60.00 |
| Ridgid Shop Vac (2) | $ | 120.00 |
| Extension cords (6) | $ | 120.00 |
| Dewalt pressure washer | $ | 300.00 |
| 50 gallons paint | $ | 1,000.00 |
| Misc paint supplies | $ | 80.00 |
| Misc plumbing supplies | $ | 75.00 |
| Misc hardware | $ | 60.00 |
| Misc baseboard and casing material | $ | 100.00 |
| Housekeeping cleaning and room supplies | $ | 250.00 |
| Vacuum cleaners (3) | $ | 300.00 |
| Gentex smoke alarms (4) | $ | 120.00 |
| Adirondack chairs (11) | $ | 200.00 |
| Outdoor gas fireplace | $ | 150.00 |
| Bear-proof trash cans (2) | $ | 2,800.00 |
| Subtotal | $ | 85,440.00 |

| **Boatworks Mall** | | |
|---|---|---|
| Honda Hss928a Gas snow blower | $ | 3,000.00 |
| Echo gas blower | $ | 100.00 |
| Rooftop gas snow blower | $ | 1,000.00 |
| Hand trucks (3) | $ | 240.00 |
| 20 ft Extension ladders (2) | $ | 450.00 |
| 10 ft fiberglass ladder (2) | $ | 600.00 |
| 6 ft fiberglass ladder | $ | 100.00 |
| 10 ft aluminum ladder (3) | $ | 600.00 |
| Step Stool | $ | 50.00 |
| Heavy duty garbage can | $ | 40.00 |

| | | |
|---|---|---|
| Snow shovels (6) | $ | 120.00 |
| 10 ft expandable duster | $ | 30.00 |
| 36in dry mop | $ | 20.00 |
| Wet floor signs (7) | $ | 75.00 |
| Brooms (5) | $ | 75.00 |
| Ice scraper (2) | $ | 60.00 |
| Landscaping rake | $ | 15.00 |
| Maintenance room desk | $ | 50.00 |
| Mini fridge | $ | 60.00 |
| Microwave | $ | 40.00 |
| Misc cleaning supplies | $ | 250.00 |
| Misc stocking supplies | $ | 200.00 |
| Misc tools and hardware | $ | 100.00 |
| 6ft Reach-in refrigerator | $ | 3,500.00 |
| 6 burner gas stove | $ | 400.00 |
| 4ft Stainless bar counter | $ | 100.00 |
| Wooden coffee stand | $ | 100.00 |
| Bar stools (8) | $ | 400.00 |
| Outside Bar with casters | $ | 2,000.00 |
| White Christmas Trees (3) | $ | 150.00 |
| Foldable picnic tables (3) | $ | 150.00 |
| EZ Up tent | $ | 100.00 |
| Bear-proof trash cans (3) | $ | 4,200.00 |
| Stainless single compartment sink and table top | $ | 500.00 |
| Suite 30 Hostess stand | $ | 300.00 |
| Suite 30 3 compartment steamer/warmer | $ | 1,000.00 |
| Suite 30 Reach-in ice cream freezer | $ | 100.00 |
| Suite 30 Deep Dryer | $ | 300.00 |
| Suite 30 stainless steel prep tables (2) | $ | 200.00 |
| Suite 30 34 burner stove | $ | 300.00 |
| Suite 30 5ft prep line fridge | $ | 800.00 |
| Suite 30 8ft prep line fridge | $ | 1,500.00 |
| Suite 30 Flatware | $ | 350.00 |
| Suite 30 Glassware | $ | 1,000.00 |
| Suite 30 Plateware | $ | 2,000.00 |
| Suite 30 Hobart mixer | $ | 500.00 |
| Suite 30 Chairs (95) | $ | 3,600.00 |
| Suite 30 Tables (41) | $ | 4,100.00 |
| Suite 30 3 compartment sink | $ | 300.00 |
| Suite 30 Televisions (2) | $ | 600.00 |
| Suite 30 TOAST pos hardware | $ | 800.00 |

| | |
|---|---|
| Suite 30 Double sided bar fridge | $ 2,500.00 |
| Suite 30 Single side bar fridge (2) | $ 2,000.00 |
| Suite 30 Bar Ice Bins (3) | $ 900.00 |
| Suite 30 Bar Sinks (4) | $ 800.00 |
| Suite 30 4ft Speed Racks (2) | $ 160.00 |
| Subtotal | $ 42,985.00 |

| **740 N Lake - Unit 2B** | |
|---|---|
| Television | $ 150.00 |
| Conference table | $ 500.00 |
| Chairs (9) | $ 900.00 |
| Small table | $ 50.00 |
| Computer Desk | $ 200.00 |
| Computer Monitor | $ 50.00 |
| Printer (2) | $ 400.00 |
| Stone coffee table | $ 500.00 |
| Paper shredder | $ 60.00 |
| Printing calculator | $ 40.00 |
| Skiboard wall art | $ 600.00 |
| Subtotal | $ 3,450.00 |

| | |
|---|---|
| **TOTAL** | $ 131,875.00 |

Fill in this information to identify the case:

Debtor name **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern** District of **California** (State)

Case number (if known): **26-24577-D-11**

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**

**Celtic Bank**

**Describe debtor's property that is subject to a lien**

Accounts Receivable

Column A: **$38,612.51** Column B: **$71,544.15**

**Creditor's mailing address**

**(Stripe Capital Program)**
**268 South State Street Suite 300**
**Salt Lake City, UT 84111**

**Describe the lien**

**Personal Property (no UCC-1 Financing Statement)**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** **02/03/2026**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

❑ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**1) Celtic Bank**; 2) Forward Financing LLC

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$19,567,118.32**

Debtor **Boatworks at Tahoe LLC**
Name

Case number (if known) **26-24577-D-11**

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.2 Creditor's name** Citizens National Bank of Texas | **Describe debtor's property that is subject to a lien** Boatworks Mall & Inn | **$15,841,723.09** | **$30,320,000.00** |

**Creditor's mailing address**
3080 North Lake Boulevard
Tahoe City, CA 96145

**Creditor's email address, if known**

**Date debt was incurred** 12/06/2023

**Last 4 digits of account number** ____ ____ ____ ____

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) County of Placer, California; **2) Citizens National Bank of Texas**; 3) CREDE Construction Advisory, LLC; 4) Jlo Investments, LLC; 5) Douglas Sproule
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor **Boatworks at Tahoe LLC**
Name

Case number (if known) **26-24577-D-11**

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.3 Creditor's name**
**County of Placer, California**

**Describe debtor's property that is subject to a lien**
Boatworks Mall & Inn

Column A: **$912,540.78**
Column B: **$30,320,000.00**

**Creditor's mailing address**
**2976 Richardson Drive**
**Auburn, CA 95603**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe the lien**
**Real Property Taxes**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **Boatworks at Tahoe LLC** Case number (if known) **26-24577-D-11**
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.4 Creditor's name**

**CREDE Construction Advisory, LLC**

**Creditor's mailing address**

**Attn: Colby Durnin, Agent**

**18301 Von Karman Avenue Suite 600**

**Irvine, CA 92612**

**Creditor's email address, if known**

**Date debt was incurred** **02/01/2026**

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Boatworks Mall & Inn

**Column A:** **$42,089.58**

**Column B:** **$30,320,000.00**

**Describe the lien**

**Mechanics Lien**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor **Boatworks at Tahoe LLC** Case number (if known) **26-24577-D-11**
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| **2.5 Creditor's name** Douglas Sproule — **Describe debtor's property that is subject to a lien** Boatworks Mall & Inn | **$2,071,000.00** | **$30,320,000.00** |

**Creditor's mailing address**
22 Newcastle Suite 10
Nashua, NH 03060

**Creditor's email address, if known**

**Date debt was incurred** 02/02/2026 (recorded 06/09/2026)

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **Boatworks at Tahoe LLC**
Name

Case number (if known) **26-24577-D-11**

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| **2.6 Creditor's name** Forward Financing LLC — **Describe debtor's property that is subject to a lien** Accounts Receivable | $36,152.36 | $71,544.15 |

**Creditor's mailing address**
Attn: Kathleen Farrell
53 State Street
Boston, MA 02109

**Creditor's email address, if known**

**Date debt was incurred** 01/16/2026

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe the lien**
Personal Property (no UCC-1 Financing Statement)

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Debtor **Boatworks at Tahoe LLC**
Name

Case number (if known) **26-24577-D-11**

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| **2.7 Creditor's name** Jlo Investments, LLC | $625,000.00 | $30,320,000.00 |

**Creditor's mailing address**
Attn: Jay Hinrichs
16869 65th Avenue Suite 317
Lake Oswego, OR 97035

**Creditor's email address, if known**

**Date debt was incurred** 04/06/2026

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**
Boatworks Mall & Inn

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **Boatworks at Tahoe LLC** Case number (if known) **26-24577-D-11**
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Forward Financing LLC<br>c/o Corporate Creations Network Inc., Agent<br>7801 Folsom Boulevard Suite 202<br>Sacramento, CA 95826 | Line 2. 6 | |
| Jlo Investments, LLC<br>c/o Elevate Law Group<br>Attn: Troy Sexton<br>6000 Meadows Road Suite 450<br>Lake Oswego, OR 97035 | Line 2. 7 | |
| Jlo Investments, LLC<br>c/o Jerry L. Osterloh, Agent<br>35432 Marsh Lane<br>Wildomar, CA 92595 | Line 2. 7 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

Debtor **Boatworks at Tahoe LLC**
Name

Case number (if known) **26-24577-D-11**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern District of California**

Case number (if known): **26-24577-D-11**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>**California Department of Tax and Fee Administration**<br>**Collections Support Bureau, Bankruptcy Section**<br>**PO Box 942879 MIC 29**<br>**Sacramento, CA 94279**<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:** **Notice Purposes Only**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$0.00** | **$0.00** |
| **2.2** **Priority creditor's name and mailing address**<br>**County of Placer, California**<br>**2976 Richardson Drive**<br>**Auburn, CA 95603**<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**<br><br>**As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the Claim:** **Transient Occupancy Tax**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$324,366.39** | **$324,366.39** |

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 1:** Additional Page

**2.3** **Priority creditor's name and mailing address**
**Employment Development Department**
**Bankruptcy Special Procedures Group**
**PO Box Box 826880 MIC 92E**
**Sacramento, CA 94280**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00** **$0.00**

**2.4** **Priority creditor's name and mailing address**
**Franchise Tax Board**
**Bankruptcy Section MS A-340**
**PO Box Box 2952**
**Sacramento, CA 95812**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00** **$0.00**

**2.5** **Priority creditor's name and mailing address**
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Notice Purposes Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00** **$0.00**

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
1-Tom-Plumber Reno Tahoe
59 Damonte Ranch Parkway Suite B-187
Vc Highlands, NV 89521

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Plumbing

**Is the claim subject to offset?**
☑ No
☐ Yes

**$550.00**

**3.2 Nonpriority creditor's name and mailing address**
911 Restoration of Reno Tahoe
59 Damonte Ranch Parkway Suite B187
Vc Highlands, NV 89521

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Restoration Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$25,343.48**

**3.3 Nonpriority creditor's name and mailing address**
Alpine Lock and Key, Inc.
811 Ryland Street
Olympia, WA 98502

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Locksmith Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$499.22**

**3.4 Nonpriority creditor's name and mailing address**
Alsco, Inc.
2535 East 5th Street
Reno, NV 89512

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uniforms

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,533.74**

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**

Amazon.com, Inc.
410 Terry Avenue North
Seattle, WA 98109

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Supplies

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,124.76**

**3.6 Nonpriority creditor's name and mailing address**

Booking.com (USA) Inc.
PO Box 740401
Los Angeles, CA 90074

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Booking Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$12,786.95**

**3.7 Nonpriority creditor's name and mailing address**

Bryan Cave Leighton Paisner LLP
PO Box 7411586
Chicago, IL 60674

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Legal Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$103,195.35**

**3.8 Nonpriority creditor's name and mailing address**

California Department of Industrial Relations
PO Box 511232
Los Angeles, CA 90051

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Licensing Fees

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$225.00**

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 2:** Additional Page

**3.9** **Nonpriority creditor's name and mailing address**

**Charter Communications, Inc.**
**dba Spectrum**
**PO Box 223085**
**Pittsburgh, PA 15251**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$546.42**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Internet

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**

**County of Placer, California**
**Community Development Resource Agency**
**3091 County Center Drive**
**Auburn, CA 95603**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$41,973.27**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Permit Fees

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**

**CV Stardust38, LLC**
**318 12th Street Unit A**
**Sacramento, CA 95814**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$83,900.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

**Delagnes, Mitchell & Linder, LLP**
**300 Montgomery Street Suite 1050**
**San Francisco, CA 94104**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$45,500.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Accounting Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.13 Nonpriority creditor's name and mailing address**

**Edison69 LLC**
**1412 S Street Suite 200**
**Sacramento, CA 95811**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$20,450.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Intercompany Debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

**Feldman Thiel LLP**
**PO Box 1309**
**Zephyr Cove, NV 89448**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$15,197.57**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Legal Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

**Four D Enterprises, LLC**
**PO Box 20043**
**Carson City, NV 89721**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$1,182.06**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Cleaning Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

**Hauge Brueck Associates, LLC**
**Attn: Robert G. Brueck, Agent**
**3606-A Greystone Drive**
**Austin, TX 78731**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$2,560.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Environmental Consulting**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.17 Nonpriority creditor's name and mailing address**
High Sierra Patrol, Inc.
359 Fairview Drive
Carson City, NV 89701

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Security Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$4,330.35**

**3.18 Nonpriority creditor's name and mailing address**
JVG Capital, Inc.
Attn: Jon Gianulias
2264 Fair Oaks Boulevard Suite 201
Sacramento, CA 95825

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Brokerage Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$900.00**

**3.19 Nonpriority creditor's name and mailing address**
Kelsie Fire Extinguisher Service LLC
4862 Ted Court
Sun Valley, NV 89433

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Fire Safety Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$474.50**

**3.21 Nonpriority creditor's name and mailing address**
Lake71 LLC
c/o Incsmart.biz, Inc.
7963 Broadwing Drive
North Las Vegas, NV 89084

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Debt

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**$62,520.00**

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.22 Nonpriority creditor's name and mailing address**
Liberty Utilities (CalPeco Electric) LLC
PO Box 60144
City of Industry, CA 91716

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$34,224.69**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Electricity & Water

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
Marc Andenmatten
c/o Finestone Hays LLP
456 Montgomery Street Suite 1300
San Francisco, CA 94104

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$555,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
Michael Brown dba MXB
PO Box 381
Carnelian Bay, CA 96140

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$1,100.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Window Cleaning

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.25 Nonpriority creditor's name and mailing address**
Millennium Planning & Engineering
Attn: Robert Wood, Agent
159 South Auburn Street
Grass Valley, CA 95945

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$6,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Planning, Engineering, and Surveying

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.26 Nonpriority creditor's name and mailing address**

**MJD Capital Partners, LLC**
**1412 S Street Suite 200**
**Sacramento, CA 95811**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$10,747.21**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Intercompany Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.27 Nonpriority creditor's name and mailing address**

**MJD Development, LLC**
**1412 S Street Suite 200**
**Sacramento, CA 95811**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$250,209.62**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Management Services

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**3.28 Nonpriority creditor's name and mailing address**

**Nichols Consulting Engineers, CHTD.**
**300 E. 2nd Street Suite 1210**
**Reno, NV 89501**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$281,950.96**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Engineering

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.29 Nonpriority creditor's name and mailing address**

**RealPage, Inc.**
**PO Box 842899**
**Dallas, TX 75284**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$1,622.91**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Advertising

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 2:** Additional Page

**3.30 Nonpriority creditor's name and mailing address**
**Remy Moose Manley, LLP**
**555 Capitol Mall Suite 800**
**Sacramento, CA 95814**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$5,520.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Legal Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.31 Nonpriority creditor's name and mailing address**
**Rentokil North America, Inc.**
**dba Western Exterminator Company**
**PO Box 740608**
**Cincinnati, OH 45274**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$5,907.40**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Pest Control

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.33 Nonpriority creditor's name and mailing address**
**Rock & Rose Inc.**
**Attn: Erik Neu, Agent**
**10739 Glenshire Drive**
**Truckee, CA 96161**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$17,756.28**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Landscaping

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.34 Nonpriority creditor's name and mailing address**
**Roto Rooter Lake Tahoe**
**PO Box 2827**
**Fairfield, CA 94533**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$0.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Plumbing

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 2:** Additional Page

**3.35 Nonpriority creditor's name and mailing address**
SB Architects
Attn: Bruce Wright, Agent
415 Jackson Street Suite 100
San Francisco, CA 94111

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$47,755.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Architects

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36 Nonpriority creditor's name and mailing address**
Security Lock & Alarm, Inc.
PO Box 5475
Tahoe City, CA 96145

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$363.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Safety Alarms

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37 Nonpriority creditor's name and mailing address**
Silver State Elevator Company
PO Box 5309
Reno, NV 89513

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$964.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Elevator Maintenance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38 Nonpriority creditor's name and mailing address**
Southlake Ventures LLC
25 Marshall Ridge Road
New Canaan, CT 06840

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$31,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Consulting

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.39 Nonpriority creditor's name and mailing address**
**Southwest Gas Corporation**
**PO Box 24531**
**Oakland, CA 94623**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$1,144.54**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Power**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.40 Nonpriority creditor's name and mailing address**
**SSL Law Firm LLP**
**1 Post Street Suite 2100**
**San Francisco, CA 94104**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$375.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Legal Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.41 Nonpriority creditor's name and mailing address**
**Stewart Drywall Inc.**
**11260 Donner Pass Road Suite C1421**
**Truckee, CA 96161**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$1,590.78**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Contractors**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.42 Nonpriority creditor's name and mailing address**
**Summit Fire & Security LLC**
**PO Box 855227**
**Minneapolis, MN 55485**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$6,940.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Fire Protection Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 2:** Additional Page

**3.43 Nonpriority creditor's name and mailing address**

Swigard's Hardware, Inc.
PO Box 5189
Tahoe City, CA 96145

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$87.91**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Hardware

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

Tahoe City Downtown Association, Inc.
PO Box 6744
Tahoe City, CA 96145

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$600.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Membership Dues

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.45 Nonpriority creditor's name and mailing address**

Tahoe City Public Utility District
PO Box 5309
Tahoe City, CA 96145

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$131,816.76**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Water & Sewer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Tahoe Supply Company LLC
3315 Research Way
Carson City, NV 89706

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$5,930.42**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Janitorial Supplies

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 2: Additional Page

**3.47 Nonpriority creditor's name and mailing address**

**Tahoe Truckee Disposal Co., Inc.**
**dba Tahoe Truckee Sierra Disposal**
**PO Box 6479**
**Tahoe City, CA 96145**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$24,397.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waste Removal

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.48 Nonpriority creditor's name and mailing address**

**TripTease Inc.**
**PO Box 83045**
**Woburn, MA 01813**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$9,245.96**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Booking Commissions

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **911 Restoration of Reno Tahoe**<br>**14830 Kivett Lane**<br>**Vc Highlands, NV 89521** | Line **3.2**<br>❑ Not listed. Explain | |
| 4.2 | **911 Restoration of Reno Tahoe**<br>**c/o Christ Poulin, Agent**<br>**1027 Fern Road**<br>**South Lake Tahoe, CA 96150** | Line **3.2**<br>❑ Not listed. Explain | |
| 4.3 | **Alpine Lock and Key, Inc.**<br>**c/o Gary Topp, Agent**<br>**155 Spring Hill Drive Suite 202**<br>**Grass Valley, CA 95945** | Line **3.3**<br>❑ Not listed. Explain | |
| 4.4 | **Alsco, Inc.**<br>**535 Antelope Boulevard**<br>**Red Bluff, CA 96080** | Line **3.4**<br>❑ Not listed. Explain | |
| 4.5 | **Alsco, Inc.**<br>**c/o Steven B. McCarthy, Agent**<br>**100 Rio Street**<br>**Red Bluff, CA 96080** | Line **3.4**<br>❑ Not listed. Explain | |
| 4.6 | **Amazon.com, Inc.**<br>**c/o Corporation Services Company, Agent**<br>**251 Little Falls Drive**<br>**Marshallton, DE 19808** | Line **3.5**<br>❑ Not listed. Explain | |
| 4.7 | **Booking.com (USA) Inc.**<br>**350 Fifth Avenue 66th Floor**<br>**New York, NY 10118** | Line **3.6**<br>❑ Not listed. Explain | |

Debtor Boatworks at Tahoe LLC Case number (if known) 26-24577-D-11
Name

**Part 3:** Additional Page

| | | | |
|---|---|---|---|
| 4.8 | Booking.com (USA) Inc.<br>c/o United Agent Group Inc., Agent<br>7801 Folsom Boulevard Suite 202<br>Sacramento, CA 95826 | Line 3.6<br>❑ Not listed. Explain | — — — — |
| 4.9 | California Department of Tax and Fee Administration<br>Office of the Director, MIC 104<br>651 Bannon Street Suite 100<br>Sacramento, CA 95811 | Line 2.1<br>❑ Not listed. Explain | — — — — |
| 4.10 | Charter Communications (CCI), Inc.<br>dba Spectrum<br>400 Washington Boulevard<br>Stamford, CT 06902 | Line 3.9<br>❑ Not listed. Explain | — — — — |
| 4.11 | Charter Communications (CCI), Inc.<br>dba Spectrum<br>c/o CSC-Lawyers Incorporating Service, Agent<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 | Line 3.9<br>❑ Not listed. Explain | — — — — |
| 4.12 | Employment Development Department<br>800 Capitol Mall MIC 53<br>El Macero, CA 95618 | Line 2.3<br>❑ Not listed. Explain | — — — — |
| 4.13 | Four D Enterprises, LLC<br>4755 Alta Rica Drive<br>La Mesa, CA 91941 | Line 3.15<br>❑ Not listed. Explain | — — — — |
| 4.14 | Four D Enterprises, LLC<br>c/o Carol Chrisopoulos<br>411 Morena Boulevard Suite 230<br>San Diego, CA 92117 | Line 3.15<br>❑ Not listed. Explain | — — — — |
| 4.15 | Franchise Tax Board<br>c/o General Counsel Section<br>PO Box Box 1720 MS A-260<br>Rancho Cordova, CA 95741 | Line 2.4<br>❑ Not listed. Explain | — — — — |
| 4.16 | High Sierra Patrol, Inc.<br>Michael P. Hambsch, Agent<br>2520 Lake Tahoe Boulevard Suite 2<br>South Lake Tahoe, CA 96150 | Line 3.17<br>❑ Not listed. Explain | — — — — |
| 4.17 | Kelsie Fire Extinguisher Service LLC<br>c/o Legalzoom.com, Inc., Agent<br>500 North Brand Boulevard Suite 890<br>Glendale, CA 91203 | Line 3.19<br>❑ Not listed. Explain | — — — — |

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 3:** Additional Page

| | | |
|---|---|---|
| 4.42 | **Franchise Tax Board**<br>**c/o General Counsel Section**<br>**PO Box Box 1720 MS A-260**<br>**Rancho Cordova, CA 95741** | Line **2.4**<br>❑ Not listed. Explain |
| 4.43 | **High Sierra Patrol, Inc.**<br>**Michael P. Hambsch, Agent**<br>**2520 Lake Tahoe Boulevard Suite 2**<br>**South Lake Tahoe, CA 96150** | Line **3.17**<br>❑ Not listed. Explain |
| 4.44 | **Kelsie Fire Extinguisher Service LLC**<br>**c/o Legalzoom.com, Inc., Agent**<br>**500 North Brand Boulevard Suite 890**<br>**Glendale, CA 91203** | Line **3.19**<br>❑ Not listed. Explain |
| 4.45 | **Liberty Utilities (CalPeco Electric) LLC**<br>**701 National Avenue**<br>**Tahoe Vista, CA 96148** | Line **3.22**<br>❑ Not listed. Explain |
| 4.46 | **Liberty Utilities (CalPeco Electric) LLC**<br>**c/o C T Corporation System, Agent**<br>**330 North Brand Boulevard**<br>**Glendale, CA 91203** | Line **3.22**<br>❑ Not listed. Explain |
| 4.47 | **MJD Development, LLC**<br>**c/o Paolo Rubino, Agent**<br>**21904 Ventura Boulevard**<br>**Los Angeles County, CA 91364** | Line **3.27**<br>❑ Not listed. Explain |
| 4.48 | **Nichols Consulting Engineers, CHTD.**<br>**Attn: Margot Yapp, Agent**<br>**1003 W. Cutting Boulevard Suite 110**<br>**Richmond, CA 94804** | Line **3.28**<br>❑ Not listed. Explain |
| 4.49 | **RealPage, Inc.**<br>**2201 Lakeside Boulevard**<br>**Richardson, TX 75082** | Line **3.29**<br>❑ Not listed. Explain |
| 4.50 | **RealPage, Inc.**<br>**c/o C T Corporation System, Agent**<br>**330 North Brand Boulevard**<br>**Glendale, CA 91203** | Line **3.29**<br>❑ Not listed. Explain |
| 4.51 | **Rentokil North America, Inc.**<br>**1125 Berkshire Boulevard Suite 150**<br>**Wyomissing, PA 19610** | Line **3.31**<br>❑ Not listed. Explain |
| 4.52 | **Rentokil North America, Inc.**<br>**c/o C T Corporation System, Agent** | Line **3.31**<br>❑ Not listed. Explain |

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 3:** Additional Page

| | | | |
|---|---|---|---|
| 4.69 | **RealPage, Inc.**<br>**2201 Lakeside Boulevard**<br>**Richardson, TX 75082** | Line **3.29**<br>❑ Not listed. Explain | |
| 4.70 | **RealPage, Inc.**<br>**c/o C T Corporation System, Agent**<br>**330 North Brand Boulevard**<br>**Glendale, CA 91203** | Line **3.29**<br>❑ Not listed. Explain | |
| 4.71 | **Rentokil North America, Inc.**<br>**1125 Berkshire Boulevard Suite 150**<br>**Wyomissing, PA 19610** | Line **3.31**<br>❑ Not listed. Explain | |
| 4.72 | **Rentokil North America, Inc.**<br>**c/o C T Corporation System, Agent**<br>**330 North Brand Boulevard**<br>**Glendale, CA 91203** | Line **3.31**<br>❑ Not listed. Explain | |
| 4.73 | **Roto Rooter Lake Tahoe**<br>**Attn: James Patterson, Agent**<br>**3281 Black Oak Drive**<br>**Rocklin, CA 95765** | Line **3.34**<br>❑ Not listed. Explain | |
| 4.74 | **Security Lock & Alarm, Inc.**<br>**Attn Leslie Rodrick, Agent**<br>**3285 Niegel Estates Drive**<br>**Newcastle, CA 95658** | Line **3.36**<br>❑ Not listed. Explain | |
| 4.75 | **Silver State Elevator Company**<br>**c/o Northwest Registered Agent, Inc.**<br>**2108 N Street Suite N**<br>**Sacramento, CA 95816** | Line **3.37**<br>❑ Not listed. Explain | |
| 4.76 | **Southwest Gas Corporation**<br>**8360 South Durango Drive**<br>**Las Vegas, NV 89113** | Line **3.39**<br>❑ Not listed. Explain | |
| 4.77 | **Southwest Gas Corporation**<br>**c/o C T Corporation System, Agent**<br>**330 North Brand Boulevard**<br>**Glendale, CA 91203** | Line **3.39**<br>❑ Not listed. Explain | |
| 4.78 | **Stewart Drywall Inc.**<br>**c/o United States Corporation Agents, Inc.**<br>**500 North Brand Boulevard Suite 890**<br>**Glendale, CA 91203** | Line **3.41**<br>❑ Not listed. Explain | |
| 4.79 | **Summit Fire & Security LLC**<br>**1950 South McCarran Boulevard Suite 170** | Line **3.42**<br>❑ Not listed. Explain | |

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

**Part 3:** Additional Page

| | | | |
|---|---|---|---|
| 4.89 | **Southwest Gas Corporation**<br>**8360 South Durango Drive**<br>**Las Vegas, NV 89113** | Line **3.39**<br>❑ Not listed. Explain | ____ |
| 4.90 | **Southwest Gas Corporation**<br>**c/o C T Corporation System, Agent**<br>**330 North Brand Boulevard**<br>**Glendale, CA 91203** | Line **3.39**<br>❑ Not listed. Explain | ____ |
| 4.91 | **Stewart Drywall Inc.**<br>**c/o United States Corporation Agents, Inc.**<br>**500 North Brand Boulevard Suite 890**<br>**Glendale, CA 91203** | Line **3.41**<br>❑ Not listed. Explain | ____ |
| 4.92 | **Summit Fire & Security LLC**<br>**1950 South McCarran Boulevard Suite 170**<br>**Reno, NV 89502** | Line **3.42**<br>❑ Not listed. Explain | ____ |
| 4.93 | **Summit Fire & Security LLC**<br>**c/o CSC-Lawyers Incorporating Service, Agent**<br>**2710 Gateway Oaks Drive**<br>**Sacramento, CA 95833** | Line **3.42**<br>❑ Not listed. Explain | ____ |
| 4.94 | **Swigard's Hardware, Inc.**<br>**Attn: Jeffrey I Swigard, Agent**<br>**200 North Lake Boulevard**<br>**Tahoe City, CA 96145** | Line **3.43**<br>❑ Not listed. Explain | ____ |
| 4.95 | **Tahoe City Downtown Association, Inc.**<br>**Attn: Ashley Anderson, Agent**<br>**425 North Labe Boulevard Suite 1**<br>**Tahoe City, CA 96145** | Line **3.44**<br>❑ Not listed. Explain | ____ |
| 4.96 | **Tahoe City Public Utility District**<br>**221 Fairway Drive**<br>**Tahoe City, CA 96145** | Line **3.45**<br>❑ Not listed. Explain | ____ |
| 4.97 | **Tahoe Supply Company LLC**<br>**c/o Dominic J. Spallone III, Agent**<br>**530 Rossi Court Suite 120**<br>**Gilroy, CA 95020** | Line **3.46**<br>❑ Not listed. Explain | ____ |
| 4.98 | **Tahoe Truckee Disposal Co., Inc.**<br>**Attn: Mary Collins, Agent**<br>**645 West Lake Boulevard Suite 5**<br>**Tahoe City, CA 96145** | Line **3.47**<br>❑ Not listed. Explain | ____ |
| 4.99 | **TripTease Inc.**<br>**c/o The Corporation Trust Company, Agent** | Line **3.48**<br>❑ Not listed. Explain | ____ |

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 3: Additional Page

| | | |
|---|---|---|
| 4.102 | **Tahoe City Public Utility District**<br>**221 Fairway Drive**<br>**Tahoe City, CA 96145** | Line **3.45**<br>❑ Not listed. Explain |
| 4.103 | **Tahoe Supply Company LLC**<br>**c/o Dominic J. Spallone III, Agent**<br>**530 Rossi Court Suite 120**<br>**Gilroy, CA 95020** | Line **3.46**<br>❑ Not listed. Explain |
| 4.104 | **Tahoe Truckee Disposal Co., Inc.**<br>**Attn: Mary Collins, Agent**<br>**645 West Lake Boulevard Suite 5**<br>**Tahoe City, CA 96145** | Line **3.47**<br>❑ Not listed. Explain |
| 4.105 | **TripTease Inc.**<br>**c/o The Corporation Trust Company, Agent**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | Line **3.48**<br>❑ Not listed. Explain |
| 4.106 | **United States Attorney**<br>**501 I Street Suite 10-100**<br>**Sacramento, CA 95814** | Line **2.5**<br>❑ Not listed. Explain |
| 4.107 | **United States Department of Justice**<br>**Tax Division**<br>**Box 683 Ben Franklin Station**<br>**Washington, DC 20044** | Line **2.5**<br>❑ Not listed. Explain |

Debtor **Boatworks at Tahoe LLC**
Name

Case number *(if known)* **26-24577-D-11**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$324,366.39** |
| 5b. **Total claims from Part 2** | 5b. | + | **$1,861,044.15** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$2,185,410.54** |

Fill in this information to identify the case:

Debtor name: Boatworks at Tahoe LLC

United States Bankruptcy Court for the: Eastern District of California (State)

Case number (If known): 26-24577-D-11 Chapter 11

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Alberto Briones dba Camila's at Tahoe<br>PO Box 1854<br>Tahoe City, CA 96145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Amy Cornelius<br>PO Box 696<br>Tahoe City, CA 96145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Coco Cabana, LLC<br>dba The Lucky Horseshoe<br>1625 Overlook Lane<br>Santa Barbara, CA 93103 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Cruisers Academy, LLC<br>12798 Northwoods Boulevard Suite 427<br>Truckee, CA 96161 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | El Dorado Savings Bank, F.S.B.<br>Attn: David O. Cook, CEO<br>4040 El Dorado Road<br>Placerville, CA 95667 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |

Debtor: Boatworks at Tahoe LLC
Name

Case number (if known): 26-24577-D-11

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Evolve Design Works, Inc.<br>PO Box 7586<br>Tahoe City, CA 96145 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Jake's Restaurant Partnership<br>PO Box 6925<br>Tahoe City, CA 96145 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Jennifer Ergut dba Kiss & Makeup<br>PO Box 3569<br>Olympic Valley, CA 96146 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | JV Staging, LLC<br>3828 26th Street<br>San Francisco, CA 94131 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Commercial LEase | Lake Tahoe Wine Collective, LLC<br>dba Tahoe Wine Collective<br>PO Box 2562<br>Tahoe City, CA 96145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | League to Save Lake Tahoe<br>dba Keep Tahoe Blue<br>2877 Lake Tahoe Boulevard<br>South Lake Tahoe, CA 96150 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |

Debtor **Boatworks at Tahoe LLC** Case number (if known) **26-24577-D-11**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Michael Grant dba Steve Schmier's Jewelry<br>PO Box 5883<br>Tahoe City, CA 96145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Painting Tahoe, LLC<br>1192 Mallard Crest Drive<br>Sparks, NV 89441 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Sierra Ski Museum, LLC<br>9083 Cedar Ridge Drive<br>Granite Bay, CA 95746 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | SierraCon, Inc.<br>PO Box 7171<br>South Lake Tahoe, CA 96158 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Tahoe Chocolates, LLC<br>dba Tahoe City Chocolates<br>760 North Lake Boulevard Suite 34<br>Tahoe City, CA 96145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Tahoe Energy Center, LLC<br>dba Mountain Lotus Yoga<br>PO Box 7474<br>Tahoe City, CA 96145 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor **Boatworks at Tahoe LLC** Case number (if known) **26-24577-D-11**
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Tahoe Fit, LLC<br>PO Box 10921<br>Truckee, CA 96162 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Thompson Builders Corporation<br>5400 Hanna Ranch Road<br>Novato, CA 94945 |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern** District of **California** (State)

Case number (If known): **26-24577-D-11**

❑ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Margaret Marie Murphy** | **PO Box 796** (Street)<br>**Tahoe City, CA 96145** (City State ZIP Code) | **Citizens National Bank of Texas** | ☑ D ❑ E/F ❑ G |
| | | | **Jlo Investments, LLC** | ☑ D ❑ E/F ❑ G |
| | | | **Forward Financing LLC** | ☑ D ❑ E/F ❑ G |
| 2.2 | **MJD Boatworks Investor LLC** | **1412 S Street Suite 200** (Street)<br>**Sacramento, CA 95811** (City State ZIP Code) | **Citizens National Bank of Texas** | ☑ D ❑ E/F ❑ G |
| 2.3 | | Street<br>City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.4 | | Street<br>City State ZIP Code | | ❑ D ❑ E/F ❑ G |

Debtor **Boatworks at Tahoe LLC**
Name

Case number (if known) **26-24577-D-11**

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern District of California**

Case number (if known): **26-24577-D-11**

❑ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ❑ *Amended Schedule* ______________________
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2026
MM/ DD/ YYYY

✗ /s/ Margaret Marie Murphy
Signature of individual signing on behalf of debtor

**Margaret Marie Murphy**
Printed name

**Manager of Sole Member and Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Boatworks at Tahoe LLC**

United States Bankruptcy Court for the: **Eastern District of California**

Case number (if known): **26-24577-D-11**

❑ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>❑ Other | **$928,317.00** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other | **$1,756,712.00** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other | **$2,176,945.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Alsco, Inc.** (Creditor's name)<br>**2535 East 5th Street** (Street)<br>**Reno, NV 89512** (City, State, ZIP Code) | **05/15/2026; 07/06/2026; 07/10/2026; 07/17/2026; 07/17/2026** | **$16,390.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.2. | **CREDE Construction Advisory, LLC** (Creditor's name)<br>**18301 Von Karman Avenue Suite 600** (Street)<br>**Irvine, CA 92606** (City, State, ZIP Code) | **05/18/2026; 06/18/2026; 07/07/2026** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.3. | **Liberty Utilities (CalPeco Electric) LLC** (Creditor's name)<br>**701 National Avenue** (Street)<br>**Tahoe Vista, CA 96148** (City, State, ZIP Code) | **05/26/2026**<br>**05/29/2026**<br>**06/03/2026**<br>**06/10/2026**<br>**06/23/2026**<br>**06/29/2026**<br>**07/16/2026**<br>**07/21/2026**<br>**07/24/2026**<br>**07/28/2026**<br>**08/06/2026** | **$50,951.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Electricity** |

3.4. **Celtic Bank**
Creditor's name
**268 South State Street Suite 300**
Street
**(Stripe Capital Program)**
**Salt Lake City, UT 84111**
City State ZIP Code

**Numerous** **$61,862.97**

☐ Secured debt
☑ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

3.5. **Forward Financing LLC**
Creditor's name
**53 State Street**
Street
**Attn: Kathleen Farrell**
**Boston, MA 02109**
City State ZIP Code

**Numerous** **$28,743.12**

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **MJD Development, LLC** (Creditor's name)<br>**1412 S Street Suite 200** (Street)<br>**Sacramento, CA 95811** (City State ZIP Code) | **Numerous** | **$449,751.10** | **Management Fees and Reimbursements** |

**Relationship to debtor**
**Management Agreement**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Case number | | Name<br>Street<br>City State ZIP Code | ❑ Pending<br>❑ On appeal<br>❑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br>Name<br>Street<br>City State ZIP Code |

Debtor **Boatworks at Tahoe LLC** Case number *(if known)* **26-24577-D-11**
Name

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | | | | |

Recipient's name

Street

City State ZIP Code

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

❑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **Flood damage to twelve (12) rooms, an office, and a storage garage.** | **$0.00 (insurance proceeds pending post-petition)** | **06/18/2026** | **$167,758.00** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Binder Malter Harris & Rome-Banks LLP** | **Retainer** | **08/07/2026** | **$125,000.00** |

**Address**

**490 Chadbourne Road Suite A137**
Street

**Fairfield, CA 94534**
City State ZIP Code

**Email or website address**

**www.bindermalter.com**

**Who made the payment, if not debtor?**

**Debtor**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Hotel guest names and contact information**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br><br>City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ______ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Tenants**<br>Name<br>Street<br>City State ZIP Code | | ~~Security Deposits~~ | **$36,073.00** |
| **Tenants**<br>Name<br>Street<br>City State ZIP Code | | ~~Prepaid Rent~~ | **$24,718.97** |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | Street | | ☐ On appeal |
| | City State ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ______ To ______ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Christopher Dylan Hipsley**<br>**2370 Roundhouse Road**<br>**Sparks, NV 89431** | From **01/31/2022** To **Present** |
| 26a.2. | **Karen Akre**<br>**PO Box Box 7710**<br>**Reno, NV 89510** | From **04/10/2023** To **02/21/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **Christopher Dylan Hipsley**<br>**2370 Roundhouse Road**<br>**Reno, NV 89510** | From **01/31/2022** To **Present** |

| Name and address | Dates of service |
|---|---|
| 26b.2. **Delagnes, Mitchell & Linder, LLP** (Name)<br>**300 Montgomery Street Suite 1050** (Street)<br>**San Francisco, CA 94104** (City, State, ZIP Code) | From **2019** To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Christopher Dylan Hipsley** (Name)<br>**2370 Roundhouse Road** (Street)<br>**Sparks, NV 89431** (City, State, ZIP Code) | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Delagnes, Mitchell & Linder, LLP** (Name)<br>**300 Montgomery Street Suite 1050** (Street)<br>**San Francisco, CA 94104** (City, State, ZIP Code) | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❑ None

| Name and address |
|---|
| 26d.1. **Citizens National Bank of Texas** (Name)<br>**3080 North Lake Boulevard** (Street)<br>**Tahoe City, CA 96145** (City, State, ZIP Code) |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❑ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Nestor Munoz** | **08/05/2026** | **$131,875.00** |

**Name and address of the person who has possession of inventory records**

27.1. **Nestor Munoz**
Name
**1020 Whitaker Drive**
Street

**89503**
City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Boatworks Manager LLC** | **1412 S Street Sacramento, CA 95811** | **Sole Member and Manager,** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **MJD Development, LLC**<br>Name<br>**1412 S Street Suite 200**<br>Street<br>**Sacramento, CA 95811**<br>City State ZIP Code | **$449,751.10** | **Multiple** | **Management Fees and Reimbursements** |

**Relationship to debtor**

**Management Agreement**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2026
MM/ DD/ YYYY

✗ /s/ Margaret Marie Murphy
Signature of individual signing on behalf of the debtor

Printed name **Margaret Marie Murphy**

Position or relationship to debtor **Manager of Sole Member and Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
❑ Yes